UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANGHAI FOSUN PHARMACEUTICAL
(GROUP) CO., LTD.,

                                    Petitioner,

                -against-

DR. JOHN HAJJAR, et al.,

                                    Respondents.

1:22-cv-08269 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 28, 2022, Petitioner filed a Petition (ECF No. 1) and Motion (ECF No. 7) seeking confirmation of an arbitration award. ECF No. 1. By Order dated October 5, 2022, the Court directed Petitioner to amend the Petition in order to properly establish diversity of citizenship for purposes of subject-matter jurisdiction, and denied the Motion without prejudice to Petitioner refiling after amendment of the Petition. ECF No. 20. Petitioner filed its Amended Petition on October 11, 2022. ECF No. 23.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that, by **November 1, 2022**, Petitioner shall file and serve its motion for confirmation of an arbitration award with respect to the Amended Petition and any supporting material thereto. Respondent's opposition, if any, is due **November 22, 2022**. Petitioner's reply, if any, is due **December 6, 2022**. IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondents.

Dated: October 19, 2022
        New York, New York

                                    SO ORDERED.

                                    _Jennifer Rochon_____
                                    JENNIFER L. ROCHON
                                    United States District Judge