UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANGHAI FOSUN PHARMACEUTICAL
(GROUP) CO., LTD.,

                              Petitioner,

           -against-

DR. JOHN HAJJAR, et al.,

                              Respondents.

1:22-cv-08269 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On October 19, 2022, the Court ordered Petitioner to file its Motion to Confirm Arbitration ("Motion to Confirm") by November 1, 2022; Respondent to file any opposition by November 22, 2022; and Petitioner to file any reply by December 6, 2022. ECF No. 24. Petitioner filed its Motion to Confirm on November 1, 2022. ECF No. 27. On November 4, 2022, Respondent filed a Motion to Vacate Arbitration ("Motion to Vacate") and a memorandum of law in opposition to the Motion to Confirm and in support of the Motion to Vacate. ECF Nos. 32, 33, 33-3.

      Accordingly, Petitioner shall, by **December 6, 2022**, file a reply, if any, to the Motion to Confirm and opposition, if any, to the Motion to Vacate. Respondent shall, by **December 20, 2022**, file a reply, if any, to the Motion to Vacate.

Dated: November 7, 2022
           New York, New York

                                                  SO ORDERED.

                                                  JENNIFER L. ROCHON
                                                  United States District Judge