UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHANGHAI FOSUN PHARMACEUTICAL
(GROUP) CO., LTD.,

                        Petitioner,                      22 **CIVIL** 8269 (JLR)

       -against-                                     **JUDGMENT**

DR. JOHN HAJJAR, et al.,

                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 1, 2023, the Court GRANTS Fosuns Amended Petition and motion to confirm the arbitration award as against only SMS and SCH. The Court DENIES Respondents SMS and SCHs motion to vacate arbitration award and dismiss the Amended Petition. Judgment is entered in favor of Fosun and against Respondents SMS and SCH as follows: (a) The Final Award is confirmed as against SMS and SCH; (b) Fosun is entitled to post-award, pre-judgment interest at a rate of 5% per annum on the amount of the Final Award from August 4, 2022 until the date of Judgment; and (c) Fosun is entitled to post-judgment interest at the federal post-judgment interest rate pursuant to 28 U.S.C. § 1961(a) from the date of judgment. For the avoidance of doubt, the judgment herein applies only to Respondents SMS and SCH, as the case remains stayed as to Respondent Dr. Hajjar.

**Dated**: New York, New York

      December 1, 2023

                                                    **RUBY J. KRAJICK**  
                                                      **Clerk of Court**

**BY:** _____

                                                        **Deputy Clerk**