**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X

SHANGHAI FOSUN PHARMACEUTICAL
(GROUP) CO., LTD.,

                                            Petitioner,

                                     - against -

DR. JOHN HAJJAR, et al.,

                                            Respondent.

------------------------------------------------------------------ X

22 **CIVIL** 8269 (JLR)

**AMENDED JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 1, 2023, the Court GRANTS the Amended Petition and motion of Shanghai Fosun Pharmaceutical (Group) Co., Ltd. ("Fosun") to confirm the arbitration award as against only Sovereign Medical Services, Inc. ("SMS") and Sovereign Capital Holdings, LLC ("SCH"). The Court DENIES Respondents SMS and SCH's motion to vacate arbitration award and dismiss the Amended Petition. Judgment is entered in favor of Fosun and against Respondents SMS and SCH as follows: (a) The Final Award is confirmed as against SMS and SCH, and judgment is entered in favor of Fosun and against SMS and SCH in the amount of $54,804,285.03[1]; (b) Fosun is entitled to post-award, pre-judgment interest at a rate of 5% compounded interest per annum on the amount of the Final Award from August 4, 2022 until the date

---

[1] This amount consists of the total of: (a) $40,000,000, the value of the 2017 Put Option with 5% compounded interest from January 1, 2017-August 3, 2022, in accordance with the instruction of the Final Award, which totals $52,756,774.40; (b) $1,437,051.67 in attorneys fees; (c) $419,821.46 in costs and disbursements; and (d) $190,637.50 in arbitration fees owed by Defendants and advanced by Fosun.

of original Judgment on December 1, 2023, in the amount of $3,744,790.90[2]; and (c) Fosun is entitled to post-judgment interest at the federal post-judgment interest rate pursuant to 28 U.S.C. § 1961(a) from the date of judgment. For the avoidance of doubt, the judgment herein applies only to Respondents SMS and SCH, as the case remains stayed as to Respondent Dr. Hajjar.

Dated: New York, New York
December 7, 2023

*Jennifer Rochon*
Hon. Jennifer L. Rochon
United States District Judge

---

[2] This amount consists of the total of: (a) 5% per annum compounded interest on the Put Option Final Award amount of $52,756,774.40, for a total interest amount of $3,604,893.60; (b) 5% per annum compounded interest on the attorneys' fees Final Award amount of $1,437,051.67, for a total interest amount of $98,194.38; (c) 5% per annum compounded interest on the costs and disbursements Final Award amount of $419,821.46, for a total interest amount of $28,686.58; and (d) 5% per annum compounded interest on the arbitration fees advance Final Award amount of $190,637.50, for a total interest amount of $13,016.34.