UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANGHAI FOSUN PHARMACEUTICAL (GROUP) CO., LTD., <br><br>           Petitioner, <br><br> -against- <br><br> DR. JOHN HAJJAR, <br><br>           Respondent. | Case No. 1:22-cv-08269 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

   The Court was informed on June 22, 2023 that Respondent Dr. John Hajjar filed for Chapter 11 bankruptcy. Dkt. 39. The Court has not received any updates on the status of his bankruptcy. Petitioner is hereby ORDERED to serve a copy of this order on Respondent and file proof of service no later than November 8, 2024. Respondent is also ORDERED to update his mailing address with the Court so that the Court may contact him. The parties shall submit a joint letter no later than November 15, 2024 stating whether the bankruptcy stay is still in place.

Dated: October 31, 2024
    New York, New York

                      SO ORDERED.

                      *Jennifer Rochon*
                      JENNIFER L. ROCHON
                      United States District Judge