UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
SHANGHAI FOSUN PHARMACEUTICAL :
(GROUP) CO., LTD., :
:
                      Petitioner, : Case No.: 22-cv-8269 (JLR)
:
      - against - :
: **STIPULATION OF**
: **DISCONTINUANCE**
DR. JOHN HAJJAR, M.D., SOVEREIGN MEDICAL : **SOLELY OF RESPONDENT**
SERVICES, INC., and SOVEREIGN CAPITAL : **DR. JOHN HAJJAR, M.D.**
HOLDINGS, LLC, :
:
                      Respondents. :
:
----------------------------------------------------------------- x

      Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Petitioner Shanghai Fosun Pharmaceutical (Group) Co., Ltd. ("Shanghai Fosun") and Respondent Dr. John Hajjar, M.D. ("Hajjar")[1] hereby agree and stipulate as follows:

      **WHEREAS,** on September 28, 2022, Shanghai Fosun commenced the above-captioned action (the "Action") by filing the *Petition to Confirm Arbitration Award and for Pre- and Post-Judgment Interest* [ECF No. 1];

      **WHEREAS,** on June 22, 2023, Shanghai Fosun submitted a letter in the Action, which, *inter alia*, alerted the Court that Hajjar had commenced a proceeding under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), and as a result, this Action was stayed solely as to Hajjar, but not as to SMS and SCH [ECF No. 39];

---

[1] Respondents Sovereign Medical Services, Inc. ("SMS") and Sovereign Capital Holdings, LLC ("SCH") have not retained new counsel in this Action following the withdrawal of their former counsel. As corporate entities, SMS and SCH cannot proceed in this Action *pro se*, and therefore this Stipulation is executed solely by Hajjar, in his individual capacity.

-1-

**WHEREAS,** on July 17, 2023, this Court entered an order granting the motion of former counsel to Hajjar, SMS, and SCH to withdraw as counsel [ECF No. 44]. To date, neither SMS nor SCH has appointed replacement counsel, and Hajjar has not retained any replacement counsel and remains *pro se* in this Action;

**WHEREAS,** on December 1, 2023, the Court entered the *Memorandum Opinion and Order*, pursuant to which, *inter alia*, Shanghai Fosun's petition and motion to confirm the arbitration award as against only SMS and SCH was granted, and the Court entered a judgment in favor of Shanghai Fosun and against SMS and SCH [ECF No. 54];

**WHEREAS,** on December 7, 2023, the Court entered the *Amended Judgment* against SMS and SCH [ECF No. 58] (the "Amended Judgment"); and

**WHEREAS,** on November 20, 2024, the Bankruptcy Court entered the *Second Amended Findings of Fact, Conclusions of Law, and Order Confirming Debtor's First Amended Chapter 11 Plan*, which, *inter alia*, held that (i) Hajjar was released from any claims or causes of action against him arising prior to the effective date of Hajjar's bankruptcy plan, and (ii) none of the releases set forth in Hajjar's bankruptcy plan shall impair, impact, or otherwise affect Shanghai Fosun's claims or causes of action against any non-debtor third parties, including, without limitation, SMS and SCH.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE PARTIES THAT:**

1. The Action is discontinued solely as to Hajjar.

2. Notwithstanding the forgoing, the discontinuance of Hajjar in this Action shall not constitute a waiver, impairment or limitation of any claims, collections or causes of action arising from the Amended Judgment that Shanghai Fosun has, or may have, against SMS or SCH, or any

of their respective assets, entities or properties, all of which are expressly preserved in full force and effect.

3.  This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copies, electronic copies, or facsimiles signed by the Parties here to be charged.

4.  The Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

-4-

Dated:   January 24, 2025

| By: /s/ *Danielle Vrabie* | By: |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Danielle Vrabie<br>Damani Sims<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:  (212) 653-8700<br>Facsimile:  (212) 653-8701<br>dvrabie@sheppardmullin.com<br>dsims@sheppardmullin.com | **Dr. John H. Hajjar, M.D.**<br>90 Hoover Drive<br>Cresskill, NJ 07626 |
| *Attorneys for Petitioner Shanghai Fosun Pharmaceutical Group Co., Ltd.* | *Respondent* |

Dated: December ___, 2024

By: _____  
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**  
Danielle Vrabie  
Damani Sims  
30 Rockefeller Plaza  
New York, New York 10112  
Telephone: (212) 653-8700  
Facsimile: (212) 653-8701  
dvrabie@sheppardmullin.com  
dsims@sheppardmullin.com  

*Attorneys for Petitioner Shanghai Fosun Pharmaceutical Group Co., Ltd.*

By: /s/ John H. Hajjar  
Dr. John H. Hajjar, M.D.  
90 Hoover Drive  
Cresskill, NJ 07626  

*Respondent*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
SHANGHAI FOSUN PHARMACEUTICAL :
(GROUP) CO., LTD., :
: Case No.: 22-cv-8269 (JLR)
Petitioner, :
:
- against - :
:
DR. JOHN HAJJAR, M.D., SOVEREIGN MEDICAL :
SERVICES, INC., and SOVEREIGN CAPITAL :
HOLDINGS, LLC, :
:
Respondents. :
:
----------------------------------------------------------------- x

## [PROPOSED] ORDER GRANTING DISCONTINUANCE SOLELY OF RESPONDENT DR. JOHN HAJJAR, M.D.

The Court has considered Petitioner Shanghai Fosun Pharmaceutical (Group) Co., Ltd. ("Shanghai Fosun") and Respondent Dr. John Hajjar, M.D.'s ("Hajjar") Stipulation of Discontinuance Solely of Respondent Dr. John Hajjar, M.D. (the "Stipulation").[1]

IT IS THEREFORE ORDERED that the Stipulation is **GRANTED.**

IT IS FURTHER ORDERED that the Action is discontinued solely as to Hajjar.

IT IS FURTHER ORDERED that, notwithstanding the foregoing, the discontinuance of Hajjar in this Action shall not constitute a waiver, impairment or limitation of any claims, collections or causes of action arising from the Amended Judgment that Shanghai Fosun has, or may have, against SMS or SCH, or any of their respective assets, entities or properties, all of which are expressly preserved in full force and effect.

**SO ORDERED.**

Dated: January 27, 2025
New York New York

_____
**JENNIFER L. ROCHON**
**United States District Judge**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

-5-